LINK:   JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV13-4917 GAF (PJWx) | Date | December 17, 2013 |
| Title | VINCE M. ABORQUI, et al. v. DEUTSCHE BANK NATIONAL TRUST COMPANY, et al. | | |

| Present: The Honorable | GARY ALLEN FEESS, United States District Judge | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers)**

Plaintiff filed a Complaint with this Court on July 9, 2013.

On November 12, 2013, the Court dismissed the action with prejudice as to Defendants Wells Fargo Bank, N.A., Deutsche Bank National Trust Company, and Mortgage Electronic Registration Systems, Inc. only. However, Defendants Northwest Trustee Services, Inc. and Fidelity National Loan Portfolio Solutions still remained in the action.

On November 12, 2013, the Court issued an Order to Show Cause RE: Lack of Prosecution in light of the Plaintiff's apparent failure to request entry of default. The Order specifically warned Plaintiff that "[f]ailure to response to this OSC will be deemed consent to the dismissal of the action." Plaintiff was to respond to the Court's Order to Show Cause no later than December 2, 2013. To date, however, no response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

**IT IS SO ORDERED.**

JS - 6

|  | : |
|---|---|
| Initials of Preparer | SMO |